1
2
3              **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**
4
5
6   **UNITED STATES OF AMERICA,**
                                                    **Case No.  CR07-5678**
    **Plaintiff,**

7   **v.**                                          **INITIAL ORDER RE: ALLEGATIONS**
                                                    **OF VIOLATION OF CONDITIONS**
                                                    **OF SUPERVISION BY UNITED**
8   **KEEGAN SHARP,**                               **STATES PRETRIAL SERVICES**

9   **Defendant.**

10
11
12  **THIS MATTER** comes on for hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of the Appearance Bond supervision as set forth in the Petition filed by U.S. Pretrial Services
13
14  The plaintiff appears through Special Assistant United States Attorney, KENNETH TYNDAHL; The defendant appears personally and represented by counsel, JEROME KUH;

15  The defendant has been advised of the allegation(s)and that he/she could be detained pending resolution of the underlying charges in the Complaint/Indictment/ or Information if found to be in violation; maximum potential sanction if substantiated; and
16

17  The court having conducted an evidentiary hearing and being fully advised in the premises. finds that the defendant violated the conditions of his bond by (1) using methamphetamine in November of 2007; (2) using Cocaine in November of 2007; and (3) failing to comply with the requirement for urinalysis testing on October 26, 2007.
18
19

20  The matter is scheduled for a disposition hearing on:

21                  Date:        November 19, 2007

22                  Time:        2:00 p.m.

23  **( x ) Defendant is released pending the above scheduled hearing.**

24

25  The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

26                                   **November 14, 2007.**

27

28                                   */s/ J. Kelley Arnold*_____
                                     **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1