# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**KEEGAN A. SHARP,**

    **Defendant.**

**Case No. CR07-5678 JKA**

**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE**

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, BARBARA SIEVERS; The defendant appears personally and represented by counsel, LINDA SULLIVAN;

The defendant has been advised of (a) the alleged violation(s); (b) the right to a hearing; and (c) the maximum sanctions if found to be in violation of supervision.

The defendant has acknowledge his right to a hearing on the merits, voluntarily waived that hearing and freely and voluntarily acknowledged violating the conditions of supervision as set forth below:
1. Using Methamphetamine October 2, 2008; and
2. Failing to participate in drug treatment as directed on September 8 and September 25, 2008.

Accordingly, the court having determined that the defendant violated the conditions of supervision, schedules an interim (release from custody) hearing as follows:
    **DATE:**     **NOVEMBER 19, 2008**
    **TIME:**     **2:00 P.M.**

The final dispostion hearing hearing is scheduled as follows:

    **DATE:**     **JANUARY 22, 2009**
    **TIME:**     **2:00 p.m.**

During the interim the defendant is to be in full compliance with the terms and conditions of his supervision and is in addition to attend and be in full compliance with the Mountain Side mental health treatment program arranged by his mother.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

    **November 10, 2008.**

    */s/ J. Kelley Arnold*
    **J. Kelley Arnold, U.S. Magistrate Judge**