# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**KEEGAN SHARP,**

    **Defendant.**

Case No. CR07-5678

**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE**

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant violated the conditions of supervision as set forth in said Petition.

**The plaintiff appears through Special/Assistant United States Attorney, BARBARA SIEVERS;**
**The defendant appears personally and represented by counsel, LINDA SULLIVAN;**

**The defendant has been advised of (a) the alleged violation(s); (b) the right to a hearing; and (c) the maximum sanctions if found to be in violation of supervision. In addition to the admissions set forth in this court's order of November 10, 2008, the defendant having been advised of his rights freely and voluntarily acknowledged in open court that he violated the conditions of supervision as follows: (6) consuming alcohol on or about November 24, 2008. Allegations (1) through (5) of the report from U.S. Probation dated November 25, 2008 have been withdrawn.**

**The court having accepted the admissions of November 10, 2008 and the admission of this date, and having found the defendant to be in violation of supervision, now sentences to defendant as follows:**

**1. Defendant is to enter the BICORP Residential Program for a period of no less than 60 days commencing no later than 3/10/09. Defendant is to follow all the rules, requirements, and regulations of the BICORP program; is not to possess or consume alcohol or any non-prescribed drug or any illegal substance; is to follow the directions of his U.S. Probation Officer, and otherwise be of good and law-abiding behavior.**

**2. Defendant's period of Supervision is extended to July 15, 2009.**

**3. Defendant is to Appear before the court at the following date and time (unless sooner arranged by counsel and the court):**
                    **March 10, 2009**
                      **9:00 a.m.**
**4. Defendant to be released on by the U.S. Marshal at the United States Courthouse in Tacoma to one or both of his parents for direct transport to the BICORP Residential Program in Kent, Washington**

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

                                **February 19, 2009.**

                                */s/ J. Kelley Arnold*_____
                                **J. Kelley Arnold, U.S. Magistrate Judge**